UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 21-6401 RGK (RAO) | Date: | September 29, 2021 |
| Title: | Darnell Black Sr. v. Ralph Diaz et al. | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**      (In Chambers) **ORDER TO SHOW CAUSE**

　　　Plaintiff filed the Complaint in this action on October 5, 2020 in the Eastern District of California. Dkt. No. 1. At the time of filing, Plaintiff was incarcerated in state prison. *See id.* On January 27, 2021, Plaintiff filed a notice of change of address. Dkt. No. 16. Plaintiff indicated that he would be released on January 28, 2021, and provided his new address. *Id.* On August 9, 2021, the case was transferred to this district. Dkt. No. 21. On August 12, 2021, the Court dismissed the Complaint with leave to amend. Dkt. No. 24. The August 12 order directed Plaintiff to file a First Amended Complaint or Notice of Dismissal by September 13, 2021. *Id.*

　　　To date, Plaintiff has not filed an amended complaint or any other response to the August 12 order. **Plaintiff is ordered to show cause, in writing, no later than <u>October 29, 2021</u>,** why this action should not be dismissed for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b). Alternatively, Plaintiff may discharge this Order by filing a First Amended Complaint on or before this deadline.

　　　**Plaintiff is expressly advised that failure to timely file a response to this Order will result in a recommendation that this action be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | dl |