UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNELL BLACK, SR., <br><br> Plaintiff, <br><br> v. <br><br> RALPH DIAZ, et al., <br><br> Defendants. | Case No. CV 21-06401 RGK (RAO) <br><br><br> JUDGMENT |

In accordance with the Order Dismissing Complaint issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED without prejudice, and this action is dismissed.

DATE: November 19, 2021

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE